# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: § 
 § 
KINCER, BUDDY B, II § Case No. 10-45845
KINCER, REBECCA S § 
 § 
Debtor(s) § 

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/JOSEPH R. VOILAND_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-45845   RG   Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | KINCER, BUDDY B, II | Date Filed (f) or Converted (c): | 10/13/10 (f) |
| | KINCER, REBECCA S | 341(a) Meeting Date: | 11/15/10 |
| For Period Ending: | 01/03/13 | Claims Bar Date: | 08/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 5. 2220 Brookwood Dr. S. Elgin IL 60177 | 390,000.00 | 0.00 | DA | 0.00 | FA |
| 6. 338 Briarwood Dr. Crystal Lake, IL 61004 | 140,000.00 | 0.00 | DA | 0.00 | FA |
| 7. 3600 Belvidere Road Belvidere, Illinois | 248,000.00 | 0.00 | | 22,500.00 | FA |
| 8. Time Share Disney Vacation Club | 4,000.00 | 4,000.00 | DA | 0.00 | FA |
| 9. Checking Account - Associated Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Buisness Checking acct. | 3,500.00 | 200.00 | DA | 0.00 | FA |
| 11. household goods | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 12. Pictures Paintings, CDs and DVDs | 250.00 | 0.00 | DA | 0.00 | FA |
| 13. wearing apparel | 250.00 | 0.00 | DA | 0.00 | FA |
| 14. Wedding Bands Anniversary Ring Miscellanous Cost | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 15. Video Camera | 250.00 | 0.00 | DA | 0.00 | FA |
| 16. Oppenheimer Funds Question Capital Corp | 6,624.21 | 0.00 | DA | 0.00 | FA |
| 17. Kincer Klan LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. Autobuddy, LLC | 177,715.00 | 0.00 | DA | 0.00 | FA |
| 19. 2001 Dodge Stratus | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 20. 2003 Mercury Mountaineer | 2,300.00 | 0.00 | DA | 0.00 | FA |
| 21. 2007 Hummer H3 | 22,000.00 | 0.00 | DA | 0.00 | FA |
| 22. 2 Dogs 1 Cat 1 Horse | 500.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.22 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $999,089.21 | $4,200.00 | | $22,500.22 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 10-45845  RG  Judge: MANUEL BARBOSA | Trustee Name:  JOSEPH R. VOILAND |
| Case Name: | KINCER, BUDDY B, II | Date Filed (f) or Converted (c):  10/13/10 (f) |
| | KINCER, REBECCA S | 341(a) Meeting Date:  11/15/10 |
| | | Claims Bar Date:  08/22/11 |

Initial Projected Date of Final Report (TFR): 03/15/13     Current Projected Date of Final Report (TFR): 03/15/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-45845 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | KINCER, BUDDY B, II | | Bank Name: | The Bank of New York Mellon |
| | KINCER, REBECCA S | | Account Number / CD #: | *******6265  Money Market Account |
| Taxpayer ID No: | *******9894 | | | |
| For Period Ending: | 01/03/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/01/11 | 7 | Auto Buddy & Co. Inc. | installment payment DEPOSIT CHECK #7213 | 1110-000 | 1,250.00 | | 1,250.00 |
| 08/23/11 | 7 | Castle Bank | installment payment DEPOSIT CHECK #7348 | 1110-000 | 1,250.00 | | 2,500.00 |
| 08/30/11 | 7 | Castle Bank | installment payment DEPOSIT CHECK #7506 | 1110-000 | 1,250.00 | | 3,750.00 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,750.01 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,725.01 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,725.04 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,700.04 |
| 10/04/11 | 7 | Auto Buddy & Co., Inc. | installment payment DEPOSIT CHECK #7639 | 1110-000 | 1,250.00 | | 4,950.04 |
| 10/26/11 | 7 | Auto Buddy & Co. Inc. | installment payment DEPOSIT CHECK #7767 | 1110-000 | 1,250.00 | | 6,200.04 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,200.08 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,175.08 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,175.13 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,150.13 |
| 12/20/11 | 7 | Auto Buddy & Co. Inc. | installment payment | 1110-000 | 1,250.00 | | 7,400.13 |
| 12/29/11 | 7 | Auto Buddy & Co., Inc. | installment payment DEPOSIT CHECK #8016 | 1110-000 | 1,250.00 | | 8,650.13 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 8,650.18 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,625.18 |
| 01/10/12 | 001001 | Remax Great American | payment of broker fees per order of 6/30/2011 | 3510-000 | | 3,000.00 | 5,625.18 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,625.22 |
| 01/25/12 | | Transfer to Acct #*******4430 | Bank Funds Transfer | 9999-000 | | 5,625.22 | 0.00 |

Page Subtotals  8,750.22  8,750.22

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.05c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 10-45845 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | KINCER, BUDDY B, II | | Bank Name: | The Bank of New York Mellon |
| | KINCER, REBECCA S | | Account Number / CD #: | *******6265  Money Market Account |
| Taxpayer ID No: | *******9894 | | | |
| For Period Ending: | 01/03/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,750.22 | 8,750.22 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 5,625.22 | |
| | | | Subtotal | | 8,750.22 | 3,125.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,750.22 | 3,125.00 | |

Page Subtotals    0.00    0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-45845 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | KINCER, BUDDY B, II | Bank Name: | Congressional Bank |
| | KINCER, REBECCA S | Account Number / CD #: | *******4430 Checking Account |
| Taxpayer ID No: | *******9894 | | |
| For Period Ending: | 01/03/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******6265 | Bank Funds Transfer | 9999-000 | 5,625.22 | | 5,625.22 |
| 02/02/12 | 7 | Auto Buddy & Co. Inc. | installment payment | 1110-000 | 1,250.00 | | 6,875.22 |
| 03/10/12 | 7 | Auto Buddy & Co. Inc. | | 1110-000 | 1,250.00 | | 8,125.22 |
| 04/02/12 | 7 | Auto Buddy & Co., Inc. | | 1110-000 | 1,250.00 | | 9,375.22 |
| 05/22/12 | 7 | Auto Buddy & Co., Inc | | 1110-000 | 1,250.00 | | 10,625.22 |
| 06/26/12 | 7 | Auto Buddy & Co., Inc. | | 1110-000 | 1,250.00 | | 11,875.22 |
| 10/04/12 | 7 | Buddy Kincer | | 1110-000 | 6,250.00 | | 18,125.22 |
| 12/04/12 | 7 | Auto Buddy & Co. Inc. | | 1110-000 | 1,250.00 | | 19,375.22 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 19,375.22 | 0.00 | 19,375.22 |
| Less: Bank Transfers/CD's | 5,625.22 | 0.00 | |
| Subtotal | 13,750.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 13,750.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********6265 | 8,750.22 | 3,125.00 | 0.00 |
| Checking Account - ********4430 | 13,750.00 | 0.00 | 19,375.22 |
| | 22,500.22 | 3,125.00 | 19,375.22 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 19,375.22 0.00

UST Form 101-7-TFR (5/1/2011) (Page: 7)

Ver: 16.05c

LFORM24

| Page 1 | | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | Date: January 03, 2013 |

Case Number:  10-45845  
Debtor Name:  KINCER, BUDDY B, II

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $10,415.93 | $0.00 | $10,415.93 |
| 000002<br>070<br>7100-00 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | Unsecured | | $3,056.35 | $0.00 | $3,056.35 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $26,194.66 | $0.00 | $26,194.66 |
| 000004<br>070<br>7100-00 | Precision Rcvy Analytics<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $3,508.94 | $0.00 | $3,508.94 |
| 000006<br>070<br>7100-00 | FIA Card Services, NA/Bank of<br>America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $52,155.08 | $0.00 | $52,155.08 |
| 000007<br>070<br>7100-00 | FIA Card Services, NA/Bank of<br>America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $6,889.97 | $0.00 | $6,889.97 |
| 000008<br>070<br>7100-00 | FIA Card Services, NA/Bank of<br>America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $23,290.51 | $0.00 | $23,290.51 |
| 000009<br>070<br>7100-00 | FIA Card Services, NA/Bank of<br>America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $16,855.63 | $0.00 | $16,855.63 |
| 000005<br>050<br>4110-00 | Webster Bank<br>609 W Johnson Ave<br>Cheshire, CT 06410 | Secured | | $183,013.00 | $0.00 | $183,013.00 |
| | Case Totals: | | | $325,380.07 | $0.00 | $325,380.07 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-45845
Case Name: KINCER, BUDDY B, II
                KINCER, REBECCA S
Trustee Name: JOSEPH R. VOILAND

        Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses        $_____
    Remaining Balance                                                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Ford Motor Credit Company LLC | $ | $ | $ |
| 000003 | American InfoSource LP as agent for Citibank N.A. | $ | $ | $ |
| 000004 | Precision Rcvy Analytics | $ | $ | $ |
| 000006 | FIA Card Services, NA/Bank of America | $ | $ | $ |
| 000007 | FIA Card Services, NA/Bank of America | $ | $ | $ |
| 000008 | FIA Card Services, NA/Bank of America | $ | $ | $ |
| 000009 | FIA Card Services, NA/Bank of America | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE