UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KINCER, BUDDY B, II § Case No. 10-45845
KINCER, REBECCA S §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/21/2013 in Courtroom 240,
                United States Courthouse
                c/o Kane County Courthouse
                100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/05/2013                By: Kenneth S. Gardner
                                                                   Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KINCER, BUDDY B, II § Case No. 10-45845
KINCER, REBECCA S §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 22,500.22 |
| and approved disbursements of | $ | 3,125.00 |
| leaving a balance on hand of[1] | $ | 19,375.22 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 3,000.02 | $ 0.00 | $ 3,000.02 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 100.19 | $ 0.00 | $ 100.19 |

Total to be paid for chapter 7 administrative expenses    $    3,100.21
Remaining Balance                                         $   16,275.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 142,367.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 10,415.93 | $ 0.00 | $ 1,190.72 |
| 000002 | Ford Motor Credit Company LLC | $ 3,056.35 | $ 0.00 | $ 349.39 |
| 000003 | American InfoSource LP as agent for Citibank N.A. | $ 26,194.66 | $ 0.00 | $ 2,994.50 |
| 000004 | Precision Rcvy Analytics | $ 3,508.94 | $ 0.00 | $ 401.13 |
| 000006 | FIA Card Services, NA/Bank of America | $ 52,155.08 | $ 0.00 | $ 5,962.23 |
| 000007 | FIA Card Services, NA/Bank of America | $ 6,889.97 | $ 0.00 | $ 787.64 |
| 000008 | FIA Card Services, NA/Bank of America | $ 23,290.51 | $ 0.00 | $ 2,662.51 |
| 000009 | FIA Card Services, NA/Bank of America | $ 16,855.63 | $ 0.00 | $ 1,926.89 |

Total to be paid to timely general unsecured creditors    $    16,275.01

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Buddy B Kincer  
Rebecca S Kincer  
     Debtors

Case No. 10-45845-CAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: csimmons      Page 1 of 3      Date Rcvd: Feb 06, 2013  
                   Form ID: pdf006      Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2013.

```
db/jdb       +Buddy B Kincer, II,   Rebecca S Kincer,   2220 Brookwood Drive,   South Elgin, IL 60177-3233
16271264     +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
16271265     +Cap One Na,    Attn: Bankruptcy,    Po Box 30273,    Salt Lake City, UT 84130-0273
16271266     +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
               Columbus, OH 43219-6009
16271267     +Check Systems, Inc.,    Attn: Customer Relations,    7805 Hudson Road, Ste 100,
               Woodbury, MN 55125-1703
16271270     +Emc Mortgage,    Attention: Bankruptcy Clerk,    Po Box 293150,    Lewisville, TX 75029-3150
16271271      Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
16271272     #+Everhome Mortgage Co,    Attn: Bankruptcy,    8100 Nationsway,    Jacksonville, FL 32256-4405
16271273      Experian,   P.O. Box 9701,    Allen, TX 75013-9701
16271274     +Ffcc-columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220-3626
17331232     +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
16271275     +Ford Motor Credit Corporation,    National Bankruptcy Center,    Po Box 6275,
               Dearborn, MI 48121-6275
16271276     +Fox Valley Orthopaedics,    2525 Kaneville Road,    Geneva, IL 60134-2578
16271277     +Nathan & Nancy Linhart,    42W320 Hidden Springs,    Saint Charles, IL 60175-8246
16271279     +Paragonway,    2101 West Ben Whit,    Austin, TX 78704-7516
16271280     +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
16662004     +Sherman Hospital,    934 Center Street,    Elgin, IL 60120-2125
16271281     +Staniscontr,    914 14th St,    Modesto, CA 95354-1011
16271282     +TransUnion Consumer Solutions,    P.O. Box 2000,    Chester, PA 19016-2000
16271283     +Transworld Systems,    2235 Mercury Way, Ste. 275,    Santa Rosa, CA 95407-5463
16271284     +Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16271285     +Webster Bank,    609 W Johnson Ave,    Cheshire, CT 06410-4502
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16271261     +E-mail/Text: ally@ebn.phinsolutions.com Feb 07 2013 02:19:02     Ally Financial,
               200 Renaissance Ctr,    Detroit, MI 48243-1300
17357593      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 07 2013 02:26:15
               American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK 73124-8840
17542486      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 07 2013 02:06:22
               American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK 73124-8840
16271262     +Fax: 866-513-1948 Feb 07 2013 02:58:32     Banco Popular,    7 West 51st Street,
               New York, NY 10019-6910
16271268     +E-mail/Text: clerical.department@yahoo.com Feb 07 2013 02:18:37     Creditors Collection B,
               755 Almar Pkwy,    Bourbonnais, IL 60914-2393
17320654      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 07 2013 02:04:57     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
16271269     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 07 2013 02:04:57     Discover Fin,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
17696680      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 07 2013 02:29:38
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
16662003      Fax: 847-227-2151 Feb 07 2013 04:08:32     Medical Recovery Specialist Inc,
               2250 E Devon Ave Ste 352,    Des Plaines, IL 60018-4519
16271278     +E-mail/Text: bankrup@aglresources.com Feb 07 2013 01:54:59     Nicor Gas,
               Attention: Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
17375514      E-mail/Text: resurgentbknotifications@resurgent.com Feb 07 2013 01:54:42
               Precision Rcvy Analytics,    c/o B-Line, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
                                                                                             TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16271263    ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: csimmons              Page 2 of 3              Date Rcvd: Feb 06, 2013
                              Form ID: pdf006             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1            User: csimmons              Page 3 of 3                  Date Rcvd: Feb 06, 2013
                                Form ID: pdf006             Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2013 at the address(es) listed below:

        Heather M Giannino    on behalf of Creditor    EverBank heathergiannino@hsbattys.com, jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
        Joseph  Voiland    jrvoiland@sbcglobal.net,    jvoiland@ecf.epiqsystems.com
        Lydia Y Siu    on behalf of Creditor    EMC Mortgage Corporation lsiu@atty-pierce.com, northerndistrict@atty-pierce.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Thomas W Toolis    on behalf of Joint Debtor Rebecca S Kincer twt@jtlawllc.com, lld@jtlawllc.com;axb@jtlawllc.com
        Thomas W Toolis    on behalf of Debtor Buddy B Kincer, II twt@jtlawllc.com, lld@jtlawllc.com;axb@jtlawllc.com

        TOTAL: 6