UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KINCER, BUDDY B, II | § | Case No. 10-45845 |
| KINCER, REBECCA S | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JOSEPH R. VOILAND_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 10-45845    Doc 53    Filed 07/27/13    Entered 07/27/13 08:38:13    Desc Main
              Document       Page 3 of 13

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | WEBSTER BANK |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| Remax Great American | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000002 | FORD MOTOR CREDIT COMPANY LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | PRECISION RCVY ANALYTICS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No: | 10-45845 RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | KINCER, BUDDY B, II | | Date Filed (f) or Converted (c): | 10/13/10 (f) |
| | KINCER, REBECCA S | | 341(a) Meeting Date: | 11/15/10 |
| For Period Ending: | 06/01/13 | | Claims Bar Date: | 08/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 5. 2220 Brookwood Dr. S. Elgin IL 60177 | 390,000.00 | 0.00 | DA | 0.00 | FA |
| 6. 338 Briarwood Dr. Crystal Lake, IL 61004 | 140,000.00 | 0.00 | DA | 0.00 | FA |
| 7. 3600 Belvidere Road Belvidere, Illinois | 248,000.00 | 0.00 | | 22,500.00 | FA |
| 8. Time Share Disney Vacation Club | 4,000.00 | 4,000.00 | DA | 0.00 | FA |
| 9. Checking Account - Associated Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Buisness Checking acct. | 3,500.00 | 200.00 | DA | 0.00 | FA |
| 11. household goods | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 12. Pictures Paintings, CDs and DVDs | 250.00 | 0.00 | DA | 0.00 | FA |
| 13. wearing apparel | 250.00 | 0.00 | DA | 0.00 | FA |
| 14. Wedding Bands Anniversary Ring Miscellanous Cost | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 15. Video Camera | 250.00 | 0.00 | DA | 0.00 | FA |
| 16. Oppenheimer Funds Question Capital Corp | 6,624.21 | 0.00 | DA | 0.00 | FA |
| 17. Kincer Klan LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. Autobuddy, LLC | 177,715.00 | 0.00 | DA | 0.00 | FA |
| 19. 2001 Dodge Stratus | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 20. 2003 Mercury Mountaineer | 2,300.00 | 0.00 | DA | 0.00 | FA |
| 21. 2007 Hummer H3 | 22,000.00 | 0.00 | DA | 0.00 | FA |
| 22. 2 Dogs 1 Cat 1 Horse | 500.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.22 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $999,089.21 | $4,200.00 | | $22,500.22 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-45845   RG   Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | KINCER, BUDDY B, II | Date Filed (f) or Converted (c): | 10/13/10 (f) |
| | KINCER, REBECCA S | 341(a) Meeting Date: | 11/15/10 |
| | | Claims Bar Date: | 08/22/11 |

Initial Projected Date of Final Report (TFR): 03/15/13       Current Projected Date of Final Report (TFR): 03/15/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-45845 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | KINCER, BUDDY B, II | | Bank Name: | The Bank of New York Mellon |
| | KINCER, REBECCA S | | Account Number / CD #: | *******6265 Money Market Account |
| Taxpayer ID No: | *******9894 | | | |
| For Period Ending: | 06/01/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/01/11 | 7 | Auto Buddy & Co. Inc. | installment payment DEPOSIT CHECK #7213 | 1110-000 | 1,250.00 | | 1,250.00 |
| 08/23/11 | 7 | Castle Bank | installment payment DEPOSIT CHECK #7348 | 1110-000 | 1,250.00 | | 2,500.00 |
| 08/30/11 | 7 | Castle Bank | installment payment DEPOSIT CHECK #7506 | 1110-000 | 1,250.00 | | 3,750.00 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,750.01 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,725.01 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,725.04 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,700.04 |
| 10/04/11 | 7 | Auto Buddy & Co., Inc. | installment payment DEPOSIT CHECK #7639 | 1110-000 | 1,250.00 | | 4,950.04 |
| 10/26/11 | 7 | Auto Buddy & Co. Inc. | installment payment DEPOSIT CHECK #7767 | 1110-000 | 1,250.00 | | 6,200.04 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,200.08 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,175.08 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,175.13 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,150.13 |
| 12/20/11 | 7 | Auto Buddy & Co. Inc. | installment payment | 1110-000 | 1,250.00 | | 7,400.13 |
| 12/29/11 | 7 | Auto Buddy & Co., Inc. | installment payment DEPOSIT CHECK #8016 | 1110-000 | 1,250.00 | | 8,650.13 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 8,650.18 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,625.18 |
| 01/10/12 | 001001 | Remax Great American | payment of broker fees per order of 6/30/2011 | 3510-000 | | 3,000.00 | 5,625.18 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,625.22 |
| 01/25/12 | | Transfer to Acct #*******4430 | Bank Funds Transfer | 9999-000 | | 5,625.22 | 0.00 |

Page Subtotals    8,750.22    8,750.22

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 10-45845 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | KINCER, BUDDY B, II | | Bank Name: | The Bank of New York Mellon |
| | KINCER, REBECCA S | | Account Number / CD #: | *******6265  Money Market Account |
| Taxpayer ID No: | *******9894 | | | |
| For Period Ending: | 06/01/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |   |   |
|---|---|---|---|---|
| | COLUMN TOTALS | 8,750.22 | 8,750.22 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 5,625.22 | |
| | Subtotal | 8,750.22 | 3,125.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 8,750.22 | 3,125.00 | |

Page Subtotals     0.00     0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-45845 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | KINCER, BUDDY B, II | | Bank Name: | Congressional Bank |
| | KINCER, REBECCA S | | Account Number / CD #: | *******4430 Checking Account |
| Taxpayer ID No: | *******9894 | | | |
| For Period Ending: | 06/01/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******6265 | Bank Funds Transfer | 9999-000 | 5,625.22 | | 5,625.22 |
| 02/02/12 | 7 | Auto Buddy & Co. Inc. | installment payment | 1110-000 | 1,250.00 | | 6,875.22 |
| 03/10/12 | 7 | Auto Buddy & Co. Inc. | | 1110-000 | 1,250.00 | | 8,125.22 |
| 04/02/12 | 7 | Auto Buddy & Co., Inc. | | 1110-000 | 1,250.00 | | 9,375.22 |
| 05/22/12 | 7 | Auto Buddy & Co., Inc | | 1110-000 | 1,250.00 | | 10,625.22 |
| 06/26/12 | 7 | Auto Buddy & Co., Inc. | | 1110-000 | 1,250.00 | | 11,875.22 |
| 10/04/12 | 7 | Buddy Kincer | | 1110-000 | 6,250.00 | | 18,125.22 |
| 12/04/12 | 7 | Auto Buddy & Co. Inc. | | 1110-000 | 1,250.00 | | 19,375.22 |
| 03/07/13 | 001001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 3,000.02 | 16,375.20 |
| 03/07/13 | 001002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2200-000 | | 100.19 | 16,275.01 |
| 03/07/13 | 001003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | | 7100-000 | | 1,190.72 | 15,084.29 |
| 03/07/13 | 001004 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | | 7100-000 | | 349.39 | 14,734.90 |
| 03/07/13 | 001005 | American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | | 7100-000 | | 2,994.50 | 11,740.40 |
| 03/07/13 | 001006 | Precision Rcvy Analytics<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121 | | 7100-000 | | 401.13 | 11,339.27 |
| | | | Page Subtotals | | 19,375.22 | 8,035.95 | |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-45845 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | KINCER, BUDDY B, II | Bank Name: | Congressional Bank |
| | KINCER, REBECCA S | Account Number / CD #: | *******4430  Checking Account |
| Taxpayer ID No: | *******9894 | | |
| For Period Ending: | 06/01/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Seattle, WA 98111-9221 | | | | | |
| 03/07/13 | 001007 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | | 7100-000 | | 5,962.23 | 5,377.04 |
| 03/07/13 | 001008 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | | 7100-000 | | 787.64 | 4,589.40 |
| 03/07/13 | 001009 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | | 7100-000 | | 2,662.51 | 1,926.89 |
| 03/07/13 | 001010 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | | 7100-000 | | 1,926.89 | 0.00 |
| 03/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 18.58 | -18.58 |
| 06/01/13 | | Congressional Bank | refund of bank service fee | 9999-000 | 18.58 | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 19,393.80 | 19,393.80 | 0.00 |
| Less:  Bank Transfers/CD's | 5,625.22 | 0.00 | |
| Subtotal | 13,768.58 | 19,393.80 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 13,768.58 | 19,393.80 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********6265 | 8,750.22 | 3,125.00 | 0.00 |
| Checking Account - ********4430 | 13,768.58 | 19,393.80 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| Page Subtotals | 18.58 | 11,357.85 | |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-45845 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | KINCER, BUDDY B, II | Bank Name: | Congressional Bank |
| | KINCER, REBECCA S | Account Number / CD #: | *******4430 Checking Account |
| Taxpayer ID No: | *******9894 | | |
| For Period Ending: | 06/01/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 22,518.80 | 22,518.80 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*